IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 02: 05cr385 |
| ) | |
| JELANI SOLOMON ) | |
| CLARON HANNER ) | |

**SEPARATION ORDER**

AND NOW, this 28th day of March, 2007, it is hereby **ORDERED** that Defendants Jelani Solomon (Date of Birth: March 24, 1979) and Claron Hanner (Date of Birth: July 20, 1977) shall be separated from each other at all times in all facilities, including transportation and housing.

The United States Marshal shall provide a copy of this Order of Court to every institution where Defendant Solomon and Defendant Hanner are to be housed.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:  U. S. Marshall

Tina O. Miller , Esquire
Assistant U.S. Attorney
Email: tina.o.miller@usdoj.gov

Leo M. Dillon,
Assistant U.S. Attorney
Email: Leo.Dillon@usdoj.gov

Martin A. Dietz, Esquire
Email: MDietzEsq@aol.com

Robert E. Stewart , Esquire
Email: restjs@msn.com

Caroline M. Roberto, Esquire
Email: croberto@choiceonemail.com

Jay T. McCamic , Esquire
McCamic, Sacco, Pizzuti & McCoid, PLLC
Email: jtmccamic@mspmlaw.com