IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-385 |
| v. | ) | |
| | ) | |
| JELANI SOLOMON and CLARON HANNER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 30th day of March, 2007, upon consideration of the GOVERNMENT'S SUPPLEMENTATION OF RECORD RE: JELANI SOLOMON'S MOTION TO SUPPRESS INTERCEPTED MAIL (DOC. NO. 235) (*Document No. 406*), and it appearing that no additional evidence will be presented by the government at the hearing, but for testimony regarding the authenticity and relevance of the government's exhibits,

NOW THEREFORE, all counsel should be on notice to be prepared to present testimony and evidence on Monday, April 2, 2007, on the Motion to Suppress Evidence Seized from Cellular Telephone 412/ 628-5290 (Document No. 275) and Hanner's Motion to Suppress January 24 and 25, 2006 Statements (Document No. 326).

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:    Leo M. Dillon, AUSA
Email: Leo.Dillon@usdoj.gov

Tina O. Miller, AUSA
Email: tina.o.miller@usdoj.gov

Martin A. Dietz, Esquire
Email: MdietzEsq@aol.com

Robert E. Stewart, Esquire
Email: restjs@msn.com

Caroline M. Roberto, Esquire
Email: croberto@choiceonemail.com

Jay T. McCamic, Esquire
Email: jtmccamic@mspmlaw.com