IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 02: 05cr385 |
| | ) |
| JELANI SOLOMON | ) |

**ORDER OF COURT**

**AND NOW**, this 26th day of June, 2007, it is hereby **ORDERED AND DIRECTED** that summons be issued for 350 jurors to report on Tuesday, July 31, 2007, for preliminary instructions, qualifications screenin, and completion of a Jury Questionnaire in this matter.

This special jury pool is required for jury selection in the above-captioned case, to commence on September 4, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   Tina O. Miller , Esquire
      Assistant U.S. Attorney
      Email: tina.o.miller@usdoj.gov

      Martin A. Dietz, Esquire
      Email: MDietzEsq@aol.com

      Robert E. Stewart , Esquire
      Email: restjs@msn.com

      Anthony L. Ricco, Esquire
      Email: tonyricco@aol.com

      Terri Morder,
      Jury Administrator