IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 02: 05cr385 |
| | ) | |
| JELANI SOLOMON | ) | |

**ORDER OF COURT**

**AND NOW**, this 20th day of July, 2007, it is hereby **ORDERED AND DIRECTED** that summons be issued for 350 jurors to report on Tuesday, August 28, 2007, for preliminary instructions, qualifications screening, and completion of a Jury Questionnaire in this matter.

This special jury pool is required for jury selection in the above-captioned case, to commence on September 24, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:	Tina O. Miller , Esquire
	Assistant U.S. Attorney
	Email: tina.o.miller@usdoj.gov

	Martin A. Dietz, Esquire
	Email: MDietzEsq@aol.com

	Robert E. Stewart , Esquire
	Email: restjs@msn.com

	Anthony L. Ricco, Esquire
	Email: tonyricco@aol.com

	Terri Morder,
	Jury Administrator